UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Docket No. 2:21-mj-105 |
| | ) | |
| JACKSON GRANT, | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the District of Vermont hereby dismisses the Complaint against Jackson Grant, the defendant, without prejudice, in the above-captioned case. New York authorities are pursuing parole violations for Grant. The government will continue the investigation of Grant's activities in Vermont.

Dated at Burlington, in the District of Vermont, this 9th day of November, 2021.

                                                          Respectfully submitted,

                                                          UNITED STATES OF AMERICA

                                                          JONATHAN A. OPHARDT
                                                          Acting United States Attorney

By:    */s/ Paul J. Van de Graaf*
         PAUL J. VAN DE GRAAF
         Assistant United States Attorney
         Burlington, VT 05402-0570
         (802) 951-6725

Leave of Court is granted for the filing of the foregoing dismissal and the petition for violation of supervised release is hereby dismissed.

Date_____                                                    _____
                                                                            Hon. Magistrate Judge Kevin Doyle